JABEZ C. WOODMAN *versus* ALBERT VALENTINE.

Where the defendant is defaulted in the District Court by his own consent, he cannot take exceptions to the ruling of the Judge.

EXCEPTIONS from the Western District Court, GOODENOW J. presiding.

During the trial the Judge ruled that certain testimony offered was inadmissible. The bill of exceptions states, that "the defendant thereupon excepting to said rulings consented to a default, and that judgment should be entered on said default to the amount of twenty dollars, if the foregoing ruling of the Judge is correct; otherwise the default is to be stricken off, and the case is to stand for trial."

BY THE COURT.

This cause is not properly in the Court here, and must be dismissed from the docket. Upon a default consented to, exceptions cannot be taken.

*Woodman, pro se.*

*Haines,* for the defendant.